```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

**DEMARCUS J. JONES,**            :
                                  :
      **Plaintiff,**        :
                                  :
**vs.**                           :
                                  :  CIVIL ACTION 09-00144-WS-B
                                  :
**WALTER MYERS,** *et al.*,       :
                                  :
      **Defendants.**       :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 16th day of July, 2009.

                                          <u>s/WILLIAM H. STEELE</u>
                                       **UNITED STATES DISTRICT JUDGE**