```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DEMARCUS J. JONES,                  :
                                    :
        Plaintiff,                  :
                                    :
vs.                                 :
                                    :  CIVIL ACTION 09-00144-WS-B
                                    :
WALTER MYERS, *et al.*,             :
                                    :
        Defendants.                 :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 16th day of July, 2009.

                              s/ WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE